UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

CRIMINAL NO. 06-150-JMH

UNITED STATES OF AMERICA                                              PLAINTIFF

V.                              ORDER

DAVID WAYNE HURST                                                     DEFENDANT

                          ** ** ** ** ** ** **

On Wednesday, May 2, 2007 came the United States of America, by counsel, Assistant United States Attorney Frances Catron-Malone appeared on behalf of Assistant United States Attorney, Erin May. The defendant, David Wayne Hurst, was present, in custody and represented by appointed counsel, Joe Jarrell.

This matter was called for detention hearing. The proceedings were recorded by contract court reporter, April Prater of Patty Tipton's Court Reporters, Inc.

The Court having heard testimony and statements of counsel for the respective parties and being otherwise sufficiently advised finds that the presumption established by 18 U.S.C. §3142 has not been rebutted by the defendant and that there are no conditions or combination of conditions that will assure the safety of the community or other persons in the community.

IT IS NOW THEREFORE ORDERED:

(1) That the oral motion of the United States for pretrial detention of defendant David Wayne Hurst is GRANTED.

(2) That the defendant is remanded to the custody of the United States Marshal Service pending further proceedings.

(3) That the pretrial services officer is directed to obtain additional information regarding this defendant as set out in the record of this hearing. After the Court has received this additional information from the pretrial services officer and if, upon review of this information, the Court believes there are conditions upon which defendant can be released, the Court will schedule a hearing on this matter.

This 2nd day of May, 2007.

Signed By:
*James B. Todd*
United States Magistrate Judge

TIC: 18 minutes