# UNITED STATES DISTRICT COURT

EASTERN      DISTRICT OF      KENTUCKY

LEXINGTON

UNITED STATES OF AMERICA
V.
DAVID WAYNE HURST

## WITNESS LIST

Case Number:  06-CR-150-JMH

| PRESIDING JUDGE James B. Todd | | PLAINTIFF'S ATTORNEY Frances Catron-Malone | | DEFENDANT'S ATTORNEY Joe Jarrell | |
|---|---|---|---|---|---|
| TRIAL DATE (S) | | COURT REPORTER April Prater | | COURTROOM DEPUTY Lisa Moore | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF WITNESSES |
|---|---|---|---|---|---|
|  | x | 5/2/07 | witness |  | David Wayne Hurst - defendant |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.