UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

CRIMINAL ACTION NO. 06-150-JMH

UNITED STATES OF AMERICA, PLAINTIFF,

V.

DAVID WAYNE HURST, DEFENDANT.

REQUEST FOR NOTICE OF INTENT TO USE RULE 404 (b)EVIDENCE

Comes the defendant, David Wayne Hurst, by counsel, and makes the following discovery request pursuant to Rule 404(b).

Defendant requests that the government provide reasonable notice in advance of trial to counsel for defendant of the general nature of any evidence the government intends to introduce at trial pursuant to Rule 404 (b) of the Federal Rules of Evidence.

Respectfully submitted,

/s/ JOE A. JARRELL
Attorney-at-Law
129 West Short Street
Lexington, Kentucky 40507
Telephone: (859) 233-3963
Fax No.: (859) 225-4746
E-mail: firstfloorlaw@alltel.net
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

      I hereby certify that on June 1, 2007, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following or by first class mail to any non-CM/ECF participants:

Hon. Erin J. May, AUSA
erin.may@usdoj.gov

                                                      /s/JOE A. JARRELL