UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

CRIMINAL ACTION NO. 06-150-JMH

UNITED STATES OF AMERICA, PLAINTIFF,

V.

DAVID WAYNE HURST, DEFENDANT.

REQUEST FOR *BRADY* EVIDENCE,

Comes the defendant, David Wayne Hurst, by counsel, and requests the production of evidence pursuant to the decision in *Brady v. Maryland, 373* U.S. 83 (1963). Under *Brady,* the government should disclose any evidence in its possession that is both favorable to the defendant and material to the issues of guilt or punishment, and which is not otherwise covered by defendant's request under Rule 16 (a) and motion pursuant to the Jencks Act. Specifically, this request includes, but is not limited to disclosure of the existence of witnesses favorable to defendant, witness statements favorable to defendant, evidence tending to affect the credibility of evidence to be used by the government, promises of non-prosecution made to a government witness, any other arrangement between the government and a witness that is beneficial in any way to the witness, and any other evidence exculpatory of defendant. This evidence should be disclosed to defendant in time for effective use of such evidence at trial.

Respectfully submitted,

/s/ JOE A. JARRELL
Attorney-at-Law
129 West Short Street
Lexington, Kentucky  40507
Telephone: (859) 233-3963
Fax No.: (859) 225-4746
E-mail: firstfloorlaw@alltel.net
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

     I hereby certify that on June 1, 2007, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following or by first class mail to any non-CM/ECF participants:

Hon. Erin J. May, AUSA
erin.may@usdoj.gov

/s/JOE A. JARRELL