UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

CRIMINAL ACTION NO. 06-150-JMH

UNITED STATES OF AMERICA,                                              PLAINTIFF,

V.

DAVID WAYNE HURST,                                                     DEFENDANT.

## JOINT MOTION TO CONTINUE

Comes the defendant, by counsel, and respectfully requests that the trial in the above styled motion currently scheduled for July 7, 2007 be continued.

The undersigned states that he has been out of state and that AUSA Erin May will be out of town until July 7, 2007. The undersigned has been informed that Ms. May is in agreement with the continuance.

The undersigned further states that plea negotiations have been fruitful and there is a good chance matters can be resolved without trial. No continuances have been granted in this case and this continuance is not to delay the matter but to further justice.

Respectfully submitted,

/s/ JOE A. JARRELL
Attorney-at-Law
129 West Short Street
Lexington, Kentucky  40507
Telephone: (859) 233-3963
Fax No.: (859) 225-4746
E-mail: firstfloorlaw@alltel.net
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

      I hereby certify that on June 25, 2007, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following or by first class mail to any non-CM/ECF participants:

Hon. Erin J. May, AUSA
erin.may@usdoj.gov

      /s/JOE A. JARRELL