UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL MINUTES-SENTENCING

LEXINGTON   Case No. 5:06-cr-150-1-JMH   At LEXINGTON   Date 10/9/07

U.S.A. vs DAVID WAYNE HURST   X present   X custody   ___ bond   ___ OR   AGE _____

DOCKET ENTRY:

   Defendant appeared with counsel. Proceedings held as noted.
   This 9th day of October, 2007.

PRESENT:
HON. JOSEPH M. HOOD, CHIEF JUDGE

**Signed By:**
*Joseph M. Hood*
**United States District Judge**

Finocchiaro        Rhonda Sansom
Deputy Clerk       Court Reporter

AUSA Erin J. May
Assistant U.S. Attorney

Joe A. Jarrell                          X present   ___ retained   X appointed
Counsel for defendant


PROCEEDINGS:     SENTENCING

___ Objection to Presentence Report.

X  No objections to Presentence Report.

___ The Court Reporter shall transcribe the proceedings of the hearing on the
    objections to the Presentence Report and file it in the record.

___ Transcript shall be deemed as written findings of the Court.

X  Judgment shall be entered. (See Judgment & Commitment.)

___ Defendant to remain on conditions of release.

X  Defendant remanded to custody.




TIC:      /20                                    Initials of Deputy Clerk   mbf